UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>Plaintiff,<br><br>v.<br><br>NARINDER SAUKHLA,<br><br>Defendant. | No. 2:19-cv-2605 TLN CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed February 12, 2020, plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 5. The thirty-day period has now expired, and plaintiff has not paid the filing fee or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections

////

////

1

to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 30, 2020

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:bont2605.no.fee.f&r